UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE CLARK, Individually and as Personal Representative of the Estate of ERICA LISA GONZALEZ,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No.: 24-cv-620-H-DDL<br><br>**ORDER:**<br><br>(1) **GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION; and**<br><br>(2) **SETTING SETTLEMENT CONFERENCE PROCEDURES**<br><br>**[Dkt. No. 24]** |

Good cause appearing, the Court **GRANTS** the parties' joint motion to continue the Early Neutral Evaluation ("ENE"). The ENE is hereby continued to **June 18, 2024** at **2:00 p.m.** The ENE will be held by videoconference. The following are **mandatory** requirements for the parties preparing for the ENE and CMC.

1. **Review of Local and Chambers Rules:** Counsel[1] shall review and be familiar with the Civil Local Rules, the undersigned's Chambers Rules, and the Chambers Rules of the assigned District Judge, which are accessible via the Court's website at

---

[1] All references to "counsel" or "attorney(s)" include any self-represented party.

1

24-cv-620-H-DDL

www.casd.uscourts.gov.

1. **<u>Purpose of the ENE:</u>**  The purpose of the ENE is to try to achieve an early resolution of the case.  Counsel and the parties must be prepared to engage in a frank and detailed discussion of the merits of their respective cases and engage in good faith settlement discussions.  ***All discussions during the ENE are informal, off the record, privileged and confidential.***  Counsel for any non-English speaking party or any party who requires assistive devices is responsible for arranging for the appearance of an interpreter or other accommodations at the conference.

2. **<u>Full Settlement Authority Is Required:</u>**  Pursuant to Civil Local Rule 16.1.c.1, all parties, party representatives, claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation must participate in the ENE.[2]  This appearance must be made with full and unlimited authority to negotiate and enter into a binding settlement.[3]  In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must appear and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers).  The purpose of this requirement is to have representatives present who can settle the case during the conference without consulting a superior.

A government entity may be excused from this requirement if counsel for the government entity who participates in the ENE (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

/ / /

---

[2]  This includes parties that are indemnified by others. Any deviation from this Order requires prior Court approval.

[3]  "Full and unlimited authority" means that the individuals attending the ENE are authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Attendees must have unfettered discretion and authority to change the settlement position of a party. Limited or sum certain authority is not adequate.

3. **Procedure for Zoom Videoconference Appearance:** The Court will host the ENE via its Zoom videoconferencing account. Before the ENE, the Court will email lead counsel for each party a link to the videoconference. Therefore, by not later than **June 4, 2024** counsel for each party must send an e-mail to the Court at efile_leshner@casd.uscourts.gov containing the following:

   a. The ***name and title of each participant***, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

   b. An ***e-mail address for lead counsel*** to receive the Zoom videoconference invitation; and

   c. A ***telephone number*** where lead counsel may be reached during the conference to receive further instructions if technical difficulties arise.

All participants will be placed in a waiting room until the ENE begins. Each participant should plan to join the videoconference at least five minutes before the start of the ENE to ensure the conference starts on time. The ENE will begin in joint session with all parties, counsel and the Court. The Court will then divide participants into separate, confidential sessions called Breakout Rooms, where the Court will be able to communicate with participants from a single side in confidence. Breakout Rooms also allow parties and their counsel to communicate confidentially outside the presence of the Court.

Counsel must be responsible for ensuring their clients are able to participate in the ENE. All participants shall display the same level of professionalism and attention during the ENE as if they were attending in person (*e.g.*, participants should not be driving, working, eating, or otherwise distracted while speaking to the Court and are expected to appear neatly and appropriately dressed).

4. **Confidential ENE Statements Required:** No later than **June 4, 2024** each party must lodge a Confidential ENE Statement by email to efile_leshner@casd.uscourts.gov. The ENE statement shall not exceed five (5) pages, excluding exhibits (and shall not exceed 20 pages including exhibits). ***These statements are not to be filed on the CM/ECF system***

*or served on other parties; however, the parties should exchange any exhibits that are included with their ENE Statements if the exhibits have been or will be produced in discovery.*

All confidential ENE Statements must include:

    a.    A brief description of the case and the claims and defenses asserted;

    b.    The party's position on liability and damages supported by relevant facts and controlling legal authority;

    c.    A specific and current demand or offer for addressing all relief or remedies sought, and the specific basis for that relief.  If a specific demand or offer for settlement cannot be made at the ENE, the party must state the reasons why and explain what additional information is required to make a settlement demand or offer (Note:  ***A general statement that a party will "negotiate in good faith," "offer a nominal cash sum," or "be prepared to make a demand or offer at the conference" is not a specific demand or offer.)***;

    d.    A brief description of any previous settlement negotiations or mediation efforts; and

    e.    The plaintiff shall include an exhibit listing the elements of each cause of action alleged in the operative complaint.

5. **Cases Involving a Demand for Attorneys' Fees:** If a demand is made that includes attorneys' fees and/or costs, counsel for the demanding party shall be able to provide, upon request, redacted billing records for opposing counsel's review, as well as an unredacted copy for the Court's *in camera* review.

6. **Pre-ENE Telephone Conference:** In certain cases, the Court may elect to hold a telephonic conference with counsel to prepare for the ENE.  These telephonic conferences are confidential to the same extent as the ENE.

/ / /

/ / /

7. **Settlement Before the ENE:** The Court encourages the parties to begin settlement discussions before the ENE.  If the parties resolve the matter before the ENE, counsel must promptly file a Joint Motion for Dismissal or a Notice of Settlement.

Questions regarding this case or the mandatory guidelines set forth herein may be directed to the Magistrate Judge's law clerks at (619) 837-6526.

**IT IS SO ORDERED.**

Dated:  May 3, 2024

*David Leshner*
_____
Hon. David D. Leshner
United States Magistrate Judge